# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:20-cr-00171-JVS-12 | Date | April 4, 2022 |
| Title | United States of America v. Marco Antonio Mendoza-Rueda | | |

Present: The Honorable  John D. Early, United States Magistrate Judge

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Maria Barr | CS 04/04/22 |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendant: |
|---|---|
| AUSA Faraz Mohammadi | Karren Kenney, CJA Panel (by telephone) |

**Proceedings:**     Order of Detention after Hearing Under 18 U.S.C. § 3148(b)

    Defendant Marco Antonio Mendoza-Rueda ("Defendant"), represented by counsel, appeared by videoconference following his arrest pursuant to a warrant issued by United States District Judge James v. Selna. The Warrant was issued for Defendant's alleged Failure to Appear at a hearing on an Order to Show Cause Why Bond Should Not Be Revoked on May 24, 2021. Dkt. 143 (Order on Verified Petition on Order to Show Cause Why Bond Should Not Be Revoked ("Petition")), 154, 155 (Warrant). The Petition alleges: (1) that Defendant, having been ordered not to use or possess illegal drugs, tested positive for opiates on May 5, 2021; and (2) that Defendant, having been ordered to submit to drug testing, failed to appear for such testing on May 8, 2021, all in violation of the conditions of Defendant's release.

    On April 4, 2022, the Court conducted a hearing pursuant to 18 U.S.C. § 3148(b) on the Petition. Defendant admitted the two allegations alleged against him in the Petition. Counsel for the parties further submitted on the record regarding the Petition.

    After considering the May 24, 2021 warrant, the underling Petition, the Pretrial Services ("PTS") Report and Recommendation, the records in the Court's file, and Defendant's admissions, the Court finds there is clear and convincing evidence that defendant has violated the conditions of his release as set forth in allegations (1) and (2) of the Petition, that is, Defendant used or possessed illegal drugs, as evidence by the positive drug test for opiates on May 5, 2021, and Defendant failed to appear for drug testing as directed on May 8, 2021, all in violation of the conditions of his release.

    Having considered the factors set forth in 18 U.S.C. § 3142(b), and based on the record before the Court, the Court further finds: (1) there is no condition or combination of conditions of release that will reasonably assure that Defendant will appear as directed; and (2) Defendant is

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:20-cr-00171-JVS-12 | Date | April 4, 2022 |
| Title | United States of America v. Marco Antonio Mendoza-Rueda | | |

unlikely to abide by any condition or combination of conditions of release. As a result, Defendant's release is REVOKED pursuant to 18 U.S.C. § 3148 (b)(1)(A) and (b)(2)(A) & (B). Defendant shall be detained pending further proceedings in this matter and is remanded to the custody of the United States Marshall.

      Counsel are referred to the docket for all existing dates, including the trial date and the status conference date.

      IT IS SO ORDERED.